JONAS S. VAN DUZER et al., Respondents, *v.* THE ELMIRA, CORTLAND AND NORTHERN RAILROAD COMPANY, Appellant.

*Van Duzer* v. *Elmira, etc., R. R. Co.,* 75 Hun, 487, affirmed.
(Argued March 2, 1897; decided March 16, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered March 19, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Frederick Collin* for appellant.

*Gabriel L. Smith* for respondents.

Judgment affirmed on opinion below, with costs.
All concur, except MARTIN, J., not sitting, and GRAY, J., not voting.

---

BANK OF CLARKE COUNTY, Respondent, *v.* THEODORE GILMAN et al., Appellants.

*Bank of Clarke Co.* v. *Gilman,* 81 Hun, 486, affirmed.
(Argued March 2, 1897; decided March 16, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department in favor of plaintiff, entered November 22, 1894, upon the submission of an agreed case under section 1279 of the Code of Civil Procedure.

*H. B. Closson* for appellants.

*Charles A. Boston* for respondent.

Judgment affirmed on opinion below, with costs.
All concur, except GRAY, J., absent.